AO 93 (Rev. 11/13) Search and Seizure Warrant

FILED ___ ENTERED
___ LODGED ___ RECEIVED

JUL 16 2019 ST

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
for the
Western District of Washington

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  MJ19-311 (1)
The Business Premises of 25628 and 25630 102nd Pl SE, )
Kent, Washington (Location 1) )
)

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____
*(identify the person or describe the property to be searched and give its location)*:

The Business Premises of 25628 and 25630 102nd Pl SE, Kent, Washington, more fully described in Attachment A-1

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

See Attachment B for a List of Items to be Seized.

**YOU ARE COMMANDED** to execute this warrant on or before   July 22, 2019   *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m.   ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to   any U.S. Magistrate Judge in West. Dist. of Washington   .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
   ☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued:   July 8, 2019 2:10 pm                        _____
                                                                                                                   *Judge's signature*

City and state:   Seattle, Washington                         Mary Alice Theiler, United States Magistrate Judge
                                                                                                   *Printed name and title*

USAO# 2018R01308

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

# Return

| Case No.: 281H-SE-3005509 | Date and time warrant executed: 7/10/2019 | Copy of warrant and inventory left with: Det. Aaron Ernst, APD; at subject location |
|---|---|---|

Inventory made in the presence of: SA Spencer Walker and SA Jocelyn Fox

Inventory of the property taken and name of any person(s) seized:

1. MPX DVR and power cord
2. Business documents, seller records, et.al
3. Business indicia
4. Dell computer Optiplex 9030 and power cord
5. Shipping label "From Cumby"
6. Canon camera SX-160 and USB cable
7. Dell computer XPS ONE 2710 and power cable
8. Cash and bank of America bag
9. Business records, seller receipts et.al
10. Daily receipts
11. Thrift Electro Pawn Shop Training Guidelines
12. Gold and Silver seller receipts

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/12/2019   (MT)

_____
Executing officer's signature

JOCELYN A. FOX, SPECIAL AGENT, FBI
*Printed name and title*